# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Grocery Manufacturers Association v. Sorrell      Docket No.: 15-1504

Lead Counsel of Record (name/firm) or Pro se Party (name): Catherine E. Stetson/Hogan Lovells US LLP

Appearance for (party/designation): Plaintiffs-Appellants Grocery Manufacturers Association, Snack Food Association, International Dairy Foods Association, and National Association of Manufacturers

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
(✔) Correct
( ) Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
(✔) Correct
( ) Incorrect. The following parties do not wish to participate in this appeal:
      Parties: _____
( ) Incorrect. Please change the following parties' designations:
      Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
(✔) Correct
( ) Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____     Fax: _____
Email: _____

## RELATED CASES

(✔) This case has not been before this Court previously.
( ) This case has been before this Court previously. The short title, docket number, and citation are: _____

( ) Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that (✔) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Catherine E. Stetson
Type or Print Name: Catherine E. Stetson
      OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.