# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 5th day of August, two thousand and sixteen.

Before:    Barrington D. Parker,
              Gerard E. Lynch,
              Susan L. Carney,
                    *Circuit Judges.*

_____

Grocery Manufacturers Association, SNAC International, International Dairy Foods Association, (IDFA), National Association of Manufacturers,

    Plaintiffs - Appellants,

v.

William H. Sorrell, in his official capacity as the Attorney General of Vermont, Peter Shumlin, in his official capacity as Governor of Vermont, Andrew Pallito, in his official capacity as Commissioner of the Vermont Department of Finance and Management, Harry L. Chen, in his official capacity as the Commissioner of the Vermont Department of Health,

    Defendants - Appellees.
_____

**ORDER**

Docket No. 15-1504

    The parties stipulate to Appellants' withdrawal of this appeal with prejudice pursuant to FRAP 42(b), with each party to bear its own attorneys' fees on appeal. The parties have also agreed that Appellants will pay Appellees' appeal costs in the amount of $82.50, pursuant to FRAP 39(a)(1).

    The stipulation is hereby so ordered.

                                        For the Court**:**

                                        Catherine O'Hagan Wolfe,
                                        Clerk of Court

